UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re:                                          §
                                                §
DRECHSLER, ANNA P.                              §        Case No. 09-17785 SQU
                                                §
                        Debtor(s)               §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on
   .   The undersigned trustee was appointed on           .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]                    $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was                    and the deadline for filing governmental claims was                    . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $            .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $       as interim compensation and now requests a sum of $            , for a total compensation of $        [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $       , and now requests reimbursement for expenses of $       , for total expenses of $       [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____     By:/s/GINA B. KROL_____
                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

_____
[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

Page: 1

**Exhibit A**

| Case No: | 09-17785 | SQU | Judge: JOHN H. SQUIRES | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|---|---|
| Case Name: | DRECHSLER, ANNA P. | | | | Date Filed (f) or Converted (c): | 05/15/09 (f) |
| | | | | | 341(a) Meeting Date: | 07/07/09 |
| For Period Ending: 02/02/12 | | | | | Claims Bar Date: | 02/05/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property<br>Abandoned<br>OA=554(a) Abandon<br>DA=554(c) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. Debtor's Townhome 281 Regal Court, #5 Roselle, IL | 189,000.00 | 0.00 | DA | 0.00 | FA |
| 2. Cash | 20.00 | 20.00 | DA | 0.00 | FA |
| 3. Checking Account Bank of America Glendale Heights, | 210.00 | 210.00 | DA | 0.00 | FA |
| 4. Checking Account Bank of America Glendale Heights, | 0.00 | 0.00 | DA | 0.00 | FA |
| 5. Checking Account TCF Bank Burr Ridge, IL #0961 | 214.00 | 214.00 | DA | 0.00 | FA |
| 6. Savings Account Bank of America Glendale Heights, | 79.66 | 79.66 | DA | 0.00 | FA |
| 7. Rental Security Deposit | 800.00 | 800.00 | DA | 0.00 | FA |
| 8. Used Furniture | 1,257.00 | 1,257.00 | DA | 0.00 | FA |
| 9. Books, CDs + DVDs | 39.00 | 39.00 | DA | 0.00 | FA |
| 10. Used Clothing | 162.00 | 162.00 | DA | 0.00 | FA |
| 11. Jewelry | 100.00 | 100.00 | DA | 0.00 | FA |
| 12. 2007 Ford Focus | 11,335.00 | 11,335.00 | DA | 0.00 | FA |
| 13. PREFERENCE (u) | Unknown | 0.00 | | 75,464.73 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 14.40 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $203,216.66 | $14,216.66 | | $75,479.13 | $0.00 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee to review claims and prepare TFR

Initial Projected Date of Final Report (TFR): 12/31/10     Current Projected Date of Final Report (TFR): 12/31/12

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   1

| | |
|---|---|
| Case No: | 09-17785 -SQU |
| Case Name: | DRECHSLER, ANNA P. |
| | |
| Taxpayer ID No: | *******4874 |
| For Period Ending: | 02/02/12 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******0273  Money Market Account (Interest Earn |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

*Exhibit B*

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/29/10 | 13 | Discover Bank<br>PO Box 15185<br>Wilmington, DE 19850 | Preference Settlement | 1241-000 | 11,749.60 | | 11,749.60 |
| 09/29/10 | 13 | Bank of America<br>Dept AZ9-503-02-57<br>1825 E. Buckeye Rd.<br>Phoenix. AZ 85034 | Preference Settlement | 1241-000 | 24,387.32 | | 36,136.92 |
| 10/14/10 | 13 | GE Money Americas<br>PO Box 60519<br>Fort Myers, FL  33906 | | 1241-000 | 7,772.05 | | 43,908.97 |
| 10/26/10 | 13 | American Express<br>2401 W. Behrend Dr., Ste. 55<br>Phoenix, AZ  85027 | Preference Settlement | 1241-000 | 21,510.70 | | 65,419.67 |
| 10/26/10 | 13 | American Express<br>2401 W. Behrend Dr., Ste. 55<br>Phoenix, AZ  85027 | Preference Settlement | 1241-000 | 10,045.06 | | 75,464.73 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.91 | | 75,465.64 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 3.10 | | 75,468.74 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 3.20 | | 75,471.94 |
| 01/19/11 | 000301 | Gregory K. Stern, PC<br>53 W. Jackson Blvd.<br>Suite 1442<br>Chicago, IL 60604 | Attorneys fees per Court Order | 3210-000 | | 27,781.77 | 47,690.17 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 2.43 | | 47,692.60 |
| 02/07/11 | 000302 | International Sureties Ltd.<br>Suite 420<br>701 Poydras Street<br>New Orleans, LA 70139 | BOND<br>BOND | 2300-000 | | 40.46 | 47,652.14 |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.37 | | 47,652.51 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.40 | | 47,652.91 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.39 | | 47,653.30 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.41 | | 47,653.71 |

**UST Form 101-7-TFR** (5/1/2011) *(Page: 4)*

Page Subtotals          75,475.94          27,822.23

Ver: 16.05c

LFORM24

**FORM 2**

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 09-17785 -SQU | | Trustee Name: | GINA B. KROL | Exhibit B |
|---|---|---|---|---|---|
| Case Name: | DRECHSLER, ANNA P. | | Bank Name: | BANK OF AMERICA, N.A. | |
| | | | Account Number / CD #: | *******0273  Money Market Account (Interest Earn | |
| Taxpayer ID No: | *******4874 | | | | |
| For Period Ending: | 02/02/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 | |
| | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.39 | | 47,654.10 |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.40 | | 47,654.50 |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.41 | | 47,654.91 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.39 | | 47,655.30 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.40 | | 47,655.70 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 60.71 | 47,594.99 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.39 | | 47,595.38 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 58.68 | 47,536.70 |
| 12/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.40 | | 47,537.10 |
| 01/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.41 | | 47,537.51 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 75,479.13 | 27,941.62 | 47,537.51 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 75,479.13 | 27,941.62 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 75,479.13 | 27,941.62 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Money Market Account (Interest Earn - *******0273 | 75,479.13 | 27,941.62 | 47,537.51 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 75,479.13 | 27,941.62 | 47,537.51 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

/s/     GINA B. KROL

Trustee's Signature: _____  Date: 02/02/12

GINA B. KROL

**UST Form 101-7-TFR (5/1/2011)** *(Page: 5)*

Page Subtotals          3.19          119.39

Ver: 16.05c

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-17785 SQU
Case Name: DRECHSLER, ANNA P.
Trustee Name: GINA B. KROL

Balance on hand                                                          $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000002B | Internal Revenue Service | $ | $ | $ | $ |

Total to be paid to secured creditors                                    $_____

Remaining Balance                                                        $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: GINA B. KROL | $ | $ | $ |
| Other: International Sureties Ltd. | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses                   $_____

Remaining Balance                                                        $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $              must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000002C | Internal Revenue Service | $ | $ | $ |

Total to be paid to priority creditors  $_____

Remaining Balance  $_____

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $_____ have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be ____ percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000003 | Chase Bank USA, N.A. | $ | $ | $ |
| 000004 | Chase Bank USA, N.A. | $ | $ | $ |
| 000005 | American Express Bank, FSB | $ | $ | $ |
| 000006 | American Express Centurion Bank | $ | $ | $ |
| 000007 | AMERICAN INFOSOURCE LP AS AGENT FOR | $ | $ | $ |
| 000008 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ | $ | $ |
| 000009 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ | $ | $ |

Total to be paid to timely general unsecured creditors  $_____

Remaining Balance  $_____

Tardily filed claims of general (unsecured) creditors totaling $        have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be        percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $        have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be        percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000002A | Internal Revenue Service | $ | $ | $ |

Total to be paid to subordinated unsecured creditors        $_____

Remaining Balance        $_____