UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
DRECHSLER, ANNA P. §    Case No. 09-17785
§
Debtor(s) §

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GINA B. KROL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
        CLERK OF BANKRUPTCY COURT
        KENNETH S. GARDNER

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 04/13/2012 in Courtroom 4016,
        DuPage County Courthouse
        505 N. County Farm Rd.
        Wheaton, IL 60187
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 03/19/2012                  By: KENNETH GARDNER
                                                         Clerk of US Bankruptcy Court

*GINA B. KROL
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
DRECHSLER, ANNA P. § Case No. 09-17785
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 75,479.51 |
| and approved disbursements of | $ | 27,941.62 |
| leaving a balance on hand of[1] | $ | 47,537.89 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000002B | Internal Revenue Service | $ 74,974.82 | $ 74,974.82 | $ 0.00 | $ 40,513.97 |

| | | |
|---|---|---|
| Total to be paid to secured creditors | $ | 40,513.97 |
| Remaining Balance | $ | 7,023.92 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: GINA B. KROL | $ 7,023.92 | $ 0.00 | $ 7,023.92 |
| Other: International Sureties Ltd. | $ 40.46 | $ 40.46 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 7,023.92 |
| Remaining Balance | $ | 0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 3,120.23  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002C | Internal Revenue Service | $ 3,120.23 | $ 0.00 | $ 0.00 |
| | Total to be paid to priority creditors | | $ | 0.00 |
| | Remaining Balance | | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 32,084.45  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000003 | Chase Bank USA, N.A. | $ 5,033.84 | $ 0.00 | $ 0.00 |
| 000004 | Chase Bank USA, N.A. | $ 10,083.52 | $ 0.00 | $ 0.00 |
| 000005 | American Express Bank, FSB | $ 1,054.04 | $ 0.00 | $ 0.00 |
| 000006 | American Express Centurion Bank | $ 576.87 | $ 0.00 | $ 0.00 |
| 000007 | AMERICAN INFOSOURCE LP AS AGENT FOR | $ 4,575.43 | $ 0.00 | $ 0.00 |
| 000008 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ 1,578.95 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000009 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ 9,181.80 | $ 0.00 | $ 0.00 |
| | Total to be paid to timely general unsecured creditors | | $ | 0.00 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 17.04 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002A | Internal Revenue Service | $ 17.04 | $ 0.00 | $ 0.00 |
| | Total to be paid to subordinated unsecured creditors | | $ | 0.00 |
| | Remaining Balance | | $ | 0.00 |

Prepared By: /s/GINA B. KROL
Trustee

GINA B. KROL
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

UST Form 101-7-NFR (5/1/2011) *(Page: 4)*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:  
Anna P. Drechsler  
    Debtor

Case No. 09-17785-DRC  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1            User: lhuley                  Page 1 of 3                  Date Rcvd: Mar 20, 2012
                                Form ID: pdf006               Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 22, 2012.
```
db          +Anna P. Drechsler,    3 Ione Drive, Unit D,    South Elgin, IL 60177-2976
13923969     American Express,    P.O. Box 0001,    Los Angeles, CA 90096-0001
14763468     American Express Bank, FSB,    POB 3001,    Malvern, PA 19355-0701
14763469     American Express Centurion Bank,    POB 3001,    Malvern, PA 19355-0701
13923970     Bank of America,    P.O. Box 15726,    Wilmington, DE 19886-5726
13923971    +Bank of America,    P.O. Box 660312,    Dallas, TX 75266-0312
16040688    +Bank of America N A,    POB 26012 NC4-105-02-99,    Greensboro, NC 27420-6012
13923984   ++CHASE CARD SERVICES,    201 NORTH WALNUT STREET,    ATTN MARK PASCALE,    MAIL STOP DE1-1406,
              WILMINGTON DE 19801-2920
             (address filed with court: Washington Mutual,    P.O. Box 660487,    Dallas, TX 75266-0487)
13923973    +Chase,    P.O. Box 15153,    Wilmington, DE 19850-5153
14756913     Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
13923974    +DuPage County Assessor,    421 N. County Farm Road,    Wheaton, IL 60187-3990
13958267   ++FORD MOTOR CREDIT COMPANY,    PO BOX 6275,    DEARBORN MI 48121-6275
             (address filed with court: Ford Motor Credit Company LLC,    P O Box 537901,
               Livonia MI 48153-9905)
13923975    +First Data Merchandise Service,    4000 Coral Ridge Drive,    Coral Springs, FL 33065-7614
13923976    +Ford Credit,    P.O. Box 790063,    St. Louis, MO 63179-0063
13923980    +National City Mortgage,    P.O. Box 1820,    Dayton, OH 45401-1820
13923981    +New York & Co. Mastercard,    P.O. Box 659569,    San Antonio, TX 78265-9569
13923982     Park West Galleries,    P.O. Box 17602,    Wilmington, DE 19850
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14957824     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 21 2012 02:55:58
              AMERICAN INFOSOURCE LP AS AGENT FOR,    MERRICK BANK,    PO Box 248838,
              Oklahoma City, OK 73124-8838
15012881     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 21 2012 02:55:58
              FIA CARD SERVICES, NA/BANK OF AMERICA,    BY AMERICAN INFOSOURCE LP AS ITS AGENT,    PO Box 248809,
              Oklahoma City, OK 73124-8809
13923977    +E-mail/PDF: gecsedi@recoverycorp.com Mar 21 2012 02:51:58      GEMB/Gap,    P.O. Box 981400, C1OT,
              El Paso, TX 79998-1400
13923978     E-mail/Text: cio.bncmail@irs.gov Mar 21 2012 01:33:39      Internal Revenue Service,
              230 S. Dearborn St.,    Mail Stop 5010 CHI,    Chicago, IL 60604
13923979    +E-mail/Text: bkr@cardworks.com Mar 21 2012 02:11:36      Merrick Bank,    P.O. Box 5721,
              Hicksville, NY 11802-5721
                                                                                              TOTAL: 5

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13923972*   +Bank of America,    P.O. Box 15726,    Wilmington, DE 19886-5726
13923983   ##+Target National Bank,    P.O. Box 59317,    Minneapolis, MN 55459-0317
                                                                                  TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1           User: lhuley              Page 2 of 3              Date Rcvd: Mar 20, 2012
                               Form ID: pdf006           Total Noticed: 22
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 22, 2012**                        **Signature:** _Joseph Speetjens_

```
District/off: 0752-1          User: lhuley              Page 3 of 3                    Date Rcvd: Mar 20, 2012
                              Form ID: pdf006           Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 19, 2012 at the address(es) listed below:
          Bruce E de'Medici   on behalf of Defendant   American Express Company bdemedici@gmail.com
          Faiq  Mihlar   on behalf of Creditor   National City Bank as Successor by Merger to National City
          Mortgage Co. shellyhood@hsbattys.com,   danacloe@hsbattys.com
          Gina B Krol   on behalf of Trustee Gina Krol gkrol@cohenandkrol.com,
          jhazdra@cohenandkrol.com;gkrol@cohenandkrol.com;pmchugh@cohenandkrol.com
          Gina B Krol   gkrol@cohenandkrol.com,
          gkrol@ecf.epiqsystems.com;gkrol@cohenandkrol.com;jhazdra@cohenandkrol.com;pmchugh@cohenandkrol.co
          m
          Gregory J Martucci   on behalf of Debtor Anna Drechsler greg@martuccilaw.com,   liz@martuccilaw.com
          Gregory K Stern   on behalf of Plaintiff Gina Krol gstern1@flash.net,
          steve_horvath@ilnb.uscourts.gov
          Michael L Sherman   on behalf of Creditor   Ford Motor Credit Company LLC shermlaw1@aol.com
          Monica C O'Brien   on behalf of Trustee Gina Krol gstern1@flash.net
          Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
                                                                                                    TOTAL: 9