# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

In re: §
§
DRECHSLER, ANNA P. § Case No. 09-17785
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter   on           . The case was pending for     months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/GINA B. KROL_____
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | DuPage County Assessor 421 N. County Farm Road Wheaton, IL  60187 |  |  |  |  |  |
| 000010 | BANK OF AMERICA N A |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | FORD MOTOR CREDIT COMPANY LLC | | | | | |
| 000002B | INTERNAL REVENUE SERVICE | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GINA B. KROL | | | | | |
| INTERNATIONAL SURETIES | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| GREGORY K. STERN, PC | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002C | INTERNAL REVENUE SERVICE | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Express P.O. Box 0001 Los Angeles, CA 90096-0001 | | | | | |
| | First Data Merchandise Service 4000 Coral Ridge Drive Coral Springs, FL 33065 | | | | | |
| | GEMB/Gap P.O. Box 981400, C1OT El Paso, TX  79998 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | New York & Co. Mastercard P.O. Box 659569 San Antonio, TX 78265 | | | | | |
| | Park West Galleries P.O. Box 17602 Wilmington, DE 19850 | | | | | |
| | Target National Bank P.O. Box 59317 Minneapolis, MN 55459-0319 | | | | | |
| | Washington Mutual P.O. Box 660487 Dallas, TX 75266-0487 | | | | | |
| 000005 | AMERICAN EXPRESS BANK, FSB | | | | | |
| 000006 | AMERICAN EXPRESS CENTURION BANK | | | | | |
| 000007 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000003 | CHASE BANK USA, N.A. | | | | | |
| 000004 | CHASE BANK USA, N.A. | | | | | |
| 000008 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000009 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| 000002A | INTERNAL REVENUE SERVICE | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Case 09-17785  Doc 68  Filed 06/11/12  Entered 06/11/12 16:14:52  Desc Main
Document    Page 8 of 11

Page: 1

Case No: 09-17785 SQU Judge: JOHN H. SQUIRES
Case Name: DRECHSLER, ANNA P.

Trustee Name: GINA B. KROL
Date Filed (f) or Converted (c): 05/15/09 (f)
341(a) Meeting Date: 07/07/09
Claims Bar Date: 02/05/10

For Period Ending: 05/17/12

Exhibit 8

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Debtor's Townhome 281 Regal Court, #5 Roselle, IL | 189,000.00 | 0.00 | DA | 0.00 | FA |
| 2. Cash | 20.00 | 20.00 | DA | 0.00 | FA |
| 3. Checking Account Bank of America Glendale Heights, | 210.00 | 210.00 | DA | 0.00 | FA |
| 4. Checking Account Bank of America Glendale Heights, | 0.00 | 0.00 | DA | 0.00 | FA |
| 5. Checking Account TCF Bank Burr Ridge, IL #0961 | 214.00 | 214.00 | DA | 0.00 | FA |
| 6. Savings Account Bank of America Glendale Heights, | 79.66 | 79.66 | DA | 0.00 | FA |
| 7. Rental Security Deposit | 800.00 | 800.00 | DA | 0.00 | FA |
| 8. Used Furniture | 1,257.00 | 1,257.00 | DA | 0.00 | FA |
| 9. Books, CDs + DVDs | 39.00 | 39.00 | DA | 0.00 | FA |
| 10. Used Clothing | 162.00 | 162.00 | DA | 0.00 | FA |
| 11. Jewelry | 100.00 | 100.00 | DA | 0.00 | FA |
| 12. 2007 Ford Focus | 11,335.00 | 11,335.00 | DA | 0.00 | FA |
| 13. PREFERENCE (u) | Unknown | 0.00 | | 75,464.73 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 15.33 | Unknown |

TOTALS (Excluding Unknown Values)    $203,216.66    $14,216.66    $75,480.06

Gross Value of Remaining Assets
$0.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee to review claims and prepare TFR

Initial Projected Date of Final Report (TFR): 12/31/10    Current Projected Date of Final Report (TFR): 12/31/12

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 09-17785 -SQU | | Trustee Name: | GINA B. KROL |
| --- | --- | --- | --- | --- |
| Case Name: | DRECHSLER, ANNA P. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******0273 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******4874 | | | |
| For Period Ending: | 05/17/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/29/10 | 13 | Discover Bank<br>PO Box 15185<br>Wilmington, DE 19850 | Preference Settlement | 1241-000 | 11,749.60 | | 11,749.60 |
| 09/29/10 | 13 | Bank of America<br>Dept AZ9-503-02-57<br>1825 E. Buckeye Rd.<br>Phoenix. AZ 85034 | Preference Settlement | 1241-000 | 24,387.32 | | 36,136.92 |
| 10/14/10 | 13 | GE Money Americas<br>PO Box 60519<br>Fort Myers, FL 33906 | | 1241-000 | 7,772.05 | | 43,908.97 |
| 10/26/10 | 13 | American Express<br>2401 W. Behrend Dr., Ste. 55<br>Phoenix, AZ 85027 | Preference Settlement | 1241-000 | 21,510.70 | | 65,419.67 |
| 10/26/10 | 13 | American Express<br>2401 W. Behrend Dr., Ste. 55<br>Phoenix, AZ 85027 | Preference Settlement | 1241-000 | 10,045.06 | | 75,464.73 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.91 | | 75,465.64 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 3.10 | | 75,468.74 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 3.20 | | 75,471.94 |
| 01/19/11 | 000301 | Gregory K. Stern, PC<br>53 W. Jackson Blvd.<br>Suite 1442<br>Chicago, IL 60604 | Attorneys fees per Court Order | 3210-000 | | 27,781.77 | 47,690.17 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 2.43 | | 47,692.60 |
| 02/07/11 | 000302 | International Sureties Ltd.<br>Suite 420<br>701 Poydras Street<br>New Orleans, LA 70139 | BOND<br>BOND | 2300-000 | | 40.46 | 47,652.14 |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.37 | | 47,652.51 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.40 | | 47,652.91 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.39 | | 47,653.30 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.41 | | 47,653.71 |

Page Subtotals  75,475.94  27,822.23

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-17785 -SQU | | Trustee Name: | GINA B. KROL |
| Case Name: | DRECHSLER, ANNA P. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******0273 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******4874 | | | |
| For Period Ending: | 05/17/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.39 | | 47,654.10 |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.40 | | 47,654.50 |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.41 | | 47,654.91 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.39 | | 47,655.30 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.40 | | 47,655.70 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 60.71 | 47,594.99 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.39 | | 47,595.38 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 58.68 | 47,536.70 |
| 12/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.40 | | 47,537.10 |
| 01/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.41 | | 47,537.51 |
| 02/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.38 | | 47,537.89 |
| 03/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.40 | | 47,538.29 |
| 04/12/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.15 | | 47,538.44 |
| 04/12/12 | | Transfer to Acct #*******4357 | Final Posting Transfer | 9999-000 | | 47,538.44 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | | 75,480.06 | 75,480.06 | 0.00 |
| Less: Bank Transfers/CD's | | 0.00 | 47,538.44 | |
| Subtotal | | 75,480.06 | 27,941.62 | |
| Less: Payments to Debtors | | | 0.00 | |
| Net | | 75,480.06 | 27,941.62 | |

Page Subtotals  4.12  47,657.83

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

Ver: 16.06b

LFORM24

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

Exhibit 9

| | |  | | |
|---|---|---|---|---|
| Case No: | 09-17785 -SQU | | Trustee Name: | GINA B. KROL |
| Case Name: | DRECHSLER, ANNA P. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******4357  BofA - Checking Account |
| Taxpayer ID No: | *******4874 | | | |
| For Period Ending: | 05/17/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | | |
| | | | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/12/12 | | Transfer from Acct #*******0273 | Transfer In From MMA Account | 9999-000 | 47,538.44 | | 47,538.44 |
| 04/13/12 | 003001 | GINA B. KROL<br>105 WEST MADISON STREET<br>SUITE 1100<br>CHICAGO, IL  60602-0000 | Chapter 7 Compensation/Fees | 2100-000 | | 7,023.92 | 40,514.52 |
| 04/13/12 | 003002 | Internal Revenue Service<br>230 S. Dearborn St.<br>Mail Stop 5010 CHI<br>Chicago, IL 60604 | Claim 000002B, Payment 54.03750% | 4800-000 | | 40,514.52 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 47,538.44 | 47,538.44 | 0.00 |
| Less:  Bank Transfers/CD's | 47,538.44 | 0.00 | |
| Subtotal | 0.00 | 47,538.44 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 0.00 | 47,538.44 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account (Interest Earn - *******0273 | 75,480.06 | 27,941.62 | 0.00 |
| BofA - Checking Account - *******4357 | 0.00 | 47,538.44 | 0.00 |
| | 75,480.06 | 75,480.06 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Trustee's Signature: /s/ GINA B. KROL  Date: 05/17/12
GINA B. KROL

Page Subtotals  47,538.44  47,538.44

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

Ver: 16.06b

LFORM24